AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| United States of America | ) |
| v. | ) |
| VALDET SEFEROVIC | ) 2:21-cr-20002 |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: | Theodore Levin U.S. Courthouse<br>231 W. Lafayette<br>Detroit, MI 48226 | Courtroom No.: ZOOM |
| --- | --- | --- |
| | | Date and Time: 01/21/2021 1:00 pm |

This offense is briefly described as follows:

WIRE FRAUD AND CONSPIRACY TO COMMIT WIRE FRAUD all in violation of 18 U.S.C. §§ 1343, 1349.

FILED
CLERK'S OFFICE
JAN -6 2021
U.S. DISTRICT COURT
EASTERN MICHIGAN

Date: JAN - 6 2021

*Issuing officer's signature*

DAVON ALLEN   DEPUTY CLERK
*Printed name and title*

I declare under penalty of perjury that I have:

☐ Executed and returned this summons    ☐ Returned this summons unexecuted

Date: _____

*Server's signature*

_____
*Printed name and title*